UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2024
```

STRIKE 3 HOLDINGS, LLC,

                                    Plaintiff,

                    -against-

JOHN DOE,

                                    Defendant.

24-CV-00641 (MMG)

**NOTICE OF
REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

        This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

        The Clerk of Court is respectfully directed to close out Dkt. No. 10, given Judge Woods' Order dated February 15, 2024 (Dkt. No. 12).

Dated: February 27, 2024
        New York, New York

                            SO ORDERED.

                            _____
                            MARGARET M. GARNETT
                            United States District Judge